AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| ONIKA TANYA MARAJ<br><br>_____<br>*Plaintiff(s)*<br>v.<br>MARLEY GREEN, a/k/a CAROL GREEN, a/k/a<br>NOSEY HEAUX, and NOSEY HEAUX LIVE LLC<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   22-cv-7854 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nosey Heaux Live LLC
11 Madison Avenue, 17th Floor
New York, New York 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Judd Burstein, Esq.
Judd Burstein, P.C.
260 Madison Avenue, 15th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  September 15, 2022                                    /S/  S.  James
                                                                        *Signature of Clerk or Deputy Clerk*