UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONIKA TANYA MARAJ,

           Plaintiff,

  -against-

MARLEY GREEN, a/k/a CAROL GREEN, a/k/a NOSEY HEAUX, and NOSEY HEAUX LIVE LLC,

           Defendants.

CASE No. 22 Civ. 7854 (NRB)

**CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

       The parties have submitted a proposed Civil Case Management Plan and Scheduling Order in accordance with Federal Rule of Civil Procedure 26(f)(3). <u>See</u> ECF No. 22. The Court orders the following:

1. The parties have conferred pursuant to Federal Rule of Civil Procedure 26(f).

2. Any motion to amend or to join additional parties shall be filed no later than June 5, 2023.

3. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than May 31, 2023.

4. All fact discovery is to be completed no later than September 15, 2023.

5. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in Paragraph 4 above.

   a. Initial requests for production of documents shall be served by June 12, 2023.

   b. Interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York shall be served by June 12, 2023. No Rule 33.3(a) interrogatories need to be served with respect to disclosures automatically required by Federal Rule of Civil Procedure 26(a).

   c. Unless otherwise ordered by the Court, contention interrogatories should be served consistent with Rule 33.3(c) of the Local Rules of the Southern District of New York.

   d. Depositions shall be completed by August 15, 2023.

      e.      Requests to Admit shall be served no later than August 22, 2023.

6. All expert discovery, including disclosures, reports, rebuttal reports, production of underlying documents, and depositions shall be completed by October 15, 2023.

7. All discovery shall be completed no later than October 23, 2023.

8. Any motion for summary judgment shall be governed by the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Court's Individual Rules of Practice in Civil Cases ("Individual Rules"). Any application for leave to file a summary judgment motion should comply with this Court's Individual Rule 2.B. and be filed no later than November 1, 2023

9. This case is to be tried to a jury.

10. The parties have conferred and their present best estimate of the length of trial is 3 days.

**SO ORDERED.**

Dated:      May 16, 2023
               New York, New York

                                                                           _____
                                                                       NAOMI REICE BUCHWALD
                                                                       United States District Judge